UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE P. GARFIELD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS L. McLAUGHLIN, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 10-10197-GAO<br>)<br>)<br>)<br>)<br>) |

ORDER SCHEDULING STATUS CONFERENCE.

December 1, 2011

SOROKIN, M.J.,

　　A status conference shall be held on December 21, 2011, at 4:00 p.m. in Courtroom 24 before Magistrate Judge Leo T. Sorokin.

　　　　　　　　　　　　　　　　　　　　　　/s / Leo T. Sorokin
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE