UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAYNE P. GARFIELD,<br><br>   Plaintiff,<br><br>v.<br><br>THOMAS L. McLAUGHLIN, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 10-10197-GAO<br>)<br>)<br>)<br>)<br>) |

ORDER ON MOTION TO COMPEL

February 9, 2012

SOROKIN, M.J.,

On November 22, 2011, Plaintiff filed a motion to Compel Responses to Request for Production of Documents, Admissions, and Interrogatories to Defendant Philip Mahoney (Docket #23). In his motion, Plaintiff stated that the named Defendant failed to respond to his requests. On February 7, 2012, Defendants filed a status report in which they represent that they have answered the subject requests. Therefore, the Court DENIES AS MOOT the Motion to Compel.

                   /s / Leo T. Sorokin
                 UNITED STATES MAGISTRATE JUDGE