UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
WAYNE P. GARFIELD,                                  )
                                                    )
            Plaintiff,                              )
                                                    )
v.                                                  )        Civil Action No. 10-10197-GAO
                                                    )
THOMAS L. McLAUGHLIN, et al.,                       )
                                                    )
            Defendants.                             )
_____           )


ORDER ON MOTION TO COMPEL

February 9, 2012

SOROKIN, M.J.,

        On November 22, 2011, Plaintiff filed a motion to Compel Responses to Request for

Production of Documents, Admissions, and Interrogatories to Defendant Philip Mahoney (Docket

#23).  In his motion, Plaintiff stated that the named Defendant failed to respond to his requests.  On

February 7, 2012, Defendants filed a status report in which they represent that they have answered

the subject requests.  Therefore, the Court DENIES AS MOOT the Motion to Compel.


                                              /s / Leo T. Sorokin
                                        UNITED STATES MAGISTRATE JUDGE